# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GARDNER, LORI MYERS, ANGELA COSGROVE, AUTUMN HESSONG, ROBERT MCQUADE, COLLEEN MCQUADE, JAMES BORRUSO, FIDEL JAMELO, JOCELYN JAMELO, ANTHONY LUCIANO, LORI LUCIANO, ROBERT NUGENT, AVRAHAM ISAC ZELIG, KEN PETROVCIK, MEGAN KIIHNE, and KATHLEEN MILLER, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>STARKIST CO., a Delaware Corporation, and DONGWON INDUSTRIES CO. LTD., a South Korea corporation,<br><br>Defendants. | Case No.: 19-cv-02561-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT STARKIST CO.'S MOTION TO DISMISS (L.R. 6-2)** |

Having read and considered the Stipulated Request for Order Modifying Briefing Schedule and Hearing Date for Defendant StarKist Co.'s Motion to Dismiss, and good cause appearing therefore, the Court GRANTS the parties' stipulated request. Plaintiffs shall have until September 13, 2019 to respond to StarKist's Motion to Dismiss and Request for Judicial Notice and StarKist shall have until October 11, 2019 to reply regarding same. The Court shall hear StarKist's Motion on **November 6**, 2019 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _August 19, 2019___



Hon. William H. Orrick
United States District Judge