# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GARDNER, LORI MYERS, ANGELA COSGROVE, AUTUMN HESSONG, ROBERT MCQUADE, COLLEEN MCQUADE, JAMES BORRUSO, FIDEL JAMELO, JOCELYN JAMELO, ANTHONY LUCIANO, LORI LUCIANO, ROBERT NUGENT, AVRAHAM ISAC ZELIG, KEN PETROVCIK, MEGAN KIIHNE, and KATHLEEN MILLER, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>STARKIST CO., a Delaware Corporation, and DONGWON INDUSTRIES CO. LTD., a South Korea corporation,<br><br>Defendants. | Case No.: 19-cv-02561-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT DONGWON'S MOTION TO DISMISS (L.R. 6-2)** |

Having read and considered the Stipulated Request for Order Modifying Briefing Schedule and Hearing Date for Defendant Dongwon's Motion to Dismiss, and good cause appearing therefore, the Court GRANTS the parties' stipulated request. Plaintiffs shall have until September 13, 2019 to respond to Dongwon's Motion to Dismiss and Dongwon shall have until October 11, 2019 to reply regarding same. The Court shall hear Dongwon's Motion on November 6, 2019 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 23, 2019

Hon. William H. Orrick
United States District Judge