UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA DUGGAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-UNION SEAFOODS LLC,<br><br>Defendant. | Case No. 19-cv-02562-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP; ORDER CONTINUING MOTION HEARING** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Gardner v. StarKist Co.*, Case No. 19-cv-02561-WHO.

The hearing on Defendant's motion to dismiss, ECF No. 38, is continued to January 29, 2020.

**IT IS SO ORDERED.**

Dated: December 2, 2019

_____
JON S. TIGAR
United States District Judge