# EXHIBIT B



# Natural Resources & Policies

Case 3:19-cv-02561-WHO    Document 107-3    Filed 09/11/20    Page 3 of 8



StarKist® and its employees are committed to leading the global seafood category by providing great-tasting and healthy products that meet the needs of today's consumers and customers, while remaining committed to responsible practices.

---



# Dolphin Safe

StarKist is proud to be the first company to adopt a dolphin-safe policy in April 1990.  StarKist tuna is labeled with a special "Dolphin Safe" logo.  We condemn the use of indiscriminate fishing methods that trap dolphins, whales and other marine life along with the intended catch of fish.

---



# INTERNATIONAL SEAFOOD SUSTAINABILITY FOUNDATION (ISSF)

StarKist is a founding member of ISSF, a global coalition of scientists. The tuna industry and World Wildlife Fund (WWF), the world's leading conservation organization, promote science-based initiatives for the

Case 3:19-cv-02561-WHO    Document 107-3    Filed 09/11/20    Page 4 of 8

long-term conservation and sustainable use of tuna stocks, as well as reducing bycatch and promoting a healthy ecosystem.

ISSF's strategic focus:

- Cooperate closely with the world's major regional fisheries management organizations (RFMOs) and their scientists
- Follow and adopt sound scientific recommendations for the sustainable management of targeted fish stocks

**View Certificate >**

# ANTI-FINNING POLICY

As a founding member of the International Seafood Sustainability Foundation, StarKist denounces the practice of shark finning, which is the retention of any fins while discarding the carcass at sea. StarKist adheres to a strict policy against shark finning and will only purchase fish from vessel-owning companies that share in our anti-finning principles. All vessel-owning companies that supply StarKist must have a published policy prohibiting shark finning on board its vessels, and strictly adhere to the guidelines set forth. In addition, we do not purchase from any vessel that has been found to have finned for two years following the date of the most recent finding.

# RESPONSIBLE SOURCING THROUGH PROACTIVE VESSEL REGISTER (PVR) AND SUSTAINABLE SOURCES

As a founding member of the International Seafood Sustainability Foundation (ISSF), StarKist is proud to support responsible and sustainable tuna fisheries through the ProActive Vessel Register (PVR). ISSF created the PVR to provide vessel owners with an opportunity to identify themselves as active participants in meaningful tuna sustainability efforts. At the same time, the PVR provides validated information to tuna purchasers and interested stakeholders that reflect the positive steps each vessel is taking in implementing a series of commitments

designed to improve tuna fishing practices. It is important to note, however, that when a vessel chooses to list on the PVR, they are not seeking or securing endorsement by ISSF, rather they are committing to being transparent in their practices. StarKist is committed to increasing the amount of fish that we source from vessels that are part of the PVR. Specifically, we commit to:

- Work with our suppliers to make sure that they are providing us with an increasing amount of supply from vessels on the PVR

- Directly engage our suppliers and boat owners and encourage them to partner with us by joining the PVR

- Implement an internal program to review and monitor our progress, and find innovative ways to increase our sourcing from vessels listed on the PVR

In 2019, StarKist Co. purchased 100% of our purse seine tuna supply from ISSF's PVR listed vessels. For this reporting period, 6.5% of our longline purchases were from vessels on the PVR. StarKist is committed to increasing purchases from longline vessels registered on the PVR.

As an ISSF participating company and supporter of the ISSF Conservation Measures, we are proud to publish the percentage of our purchases related to Marine Stewardship Council (MSC) certified fisheries, Comprehensive Fishery Improvement Projects (FIPs), and ISSF participating companies:

1. Purchases from Fishery Source categories:

- MSC Certified Fisheries Eligible to use the MSC Label – 3.9%

- Comprehensive FIPs Rated A, B, or C – 4.3%

- Comprehensive FIPs Rated D or E – 0%

- None of the above – 91.8%

    *26.1% of "None of the Above" sourced from a Prospective FIP
2. Purchases from Supplier Source categories:

- ISSF Participating Companies – 24.6%

- Data Check Companies – 0%

- Direct from Vessels – 60.2%

- None of the above – 15.1%


At StarKist, we endeavor to continue our role as a leader in the sustainable use of the world's tuna stocks by decreasing our purchases of fish which classify as "none of the above".
**Reported data above applicable to October 1, 2018 through September 30, 2019.*

# THE CALIFORNIA TRANSPARENCY IN SUPPLY CHAINS ACT OF 2010

The California Transparency in Supply Chains Act (the "TSCA") requires certain companies in California to disclose publicly their efforts to eradicate slavery and human trafficking from their direct supply chain for goods offered for sale. Below is a brief description of StarKist's efforts in respect of the TSCA's requirements:

**Verification:** StarKist has engaged a third-party auditing firm to conduct audits of some of our major product suppliers in an effort to address the potential risks for human trafficking and/or slavery in our supply chain.

**Supplier Audits:** StarKist has engaged a third-party auditing firm to conduct announced audits of some of our major suppliers in an effort to evaluate their compliance with applicable anti-slavery and human trafficking laws. The objectives of such third-party audits include, but are not limited to the following: (1) verifying supplier conformance to applicable law; (2) assessing a supplier's hiring practices and management policies; and (3) identification of good practices and opportunities for improvement.

**Certification:** StarKist asks its major suppliers to execute and deliver StarKist's Letter of Certification wherein a supplier represents that it complies with the laws regarding slavery and human trafficking of the country or countries in which the supplier does business.

**Internal Accountability:** StarKist has begun the process of developing internal accountability standards and procedures for determining whether employees and contractors are meeting our company standards regarding slavery and trafficking.

**Training:** All StarKist salaried employees are required, annually, to participate in an online Human Trafficking Awareness Training program. The awareness training was developed by the U.S. Department of Homeland Security.



Corporate Giving

Seafood Facts

About

Careers

Foodservice

Contact Us

Press

FAQs

Terms of Use

Privacy Policy

CA Supply Chain's Act

Do Not Sell My Personal Information

Privacy notice for California Residents

## Dive in with StarKist

   

©2020 StarKist Co. All Rights Reserved.