# EXHIBIT C

# Statement on WTO Dolphin Safe Tuna Ruling

By admin, May 31, 2012

NFI is the leading seafood trade association in the United States and represents Bumble Bee, Chicken of the Sea and StarKist

  

Household tuna brands Bumble Bee, Chicken of the Sea and StarKist are disappointed in the World Trade Organizations (WTO) appeals court ruling because it is likely to create consumer confusion about whether or not their products continue to be dolphin safe. The three U.S. brands want to reassure consumers they have no reason to be concerned that their companies are wavering in their commitment to providing dolphin safe tuna as a result of this ruling. These companies do not and will not utilize tuna caught in a manner that harms dolphins. Providing consumers with sustainable and dolphin safe tuna remains a top priority.

  

###

## Latest News

**Trade & Commerce**
National Fisheries Institute Statement on Opening the EU Market to U.S. Lobster

 **Health**
Reporting on Microplastics in Seafood Needs Perspective

National Fisheries Institute Statement on the Rescheduling of the 2021 Global Seafood Market Conference

Foodservice Associations Applaud Introduction of Providing Liquidity for Uncollectible Sales (PLUS) Act

Robert DeHaan Appointed to U.S. Trade Advisory Committee



Street Address

National Fisheries Institute

7918 Jones Branch Dr. #700

McLean, VA 22102

Utility

Contact Us

Members Portal

 

2020 National Fisheries Institute. All Rights Reserved.