# EXHIBIT D

 Sign Up



**StarKist**

All Notes

Embed Post

# PUCKER UP AMERICA: "WHEN WAS THE LAST TIME YOU WERE…'KIST?"

February 3, 2010 at 7:59 AM



**PUCKER UP AMERICA: "WHEN WAS THE LAST TIME YOU WERE…'KIST?"**

*-- StarKist Launches its Have You Been StarKist?™ Campaign, the Biggest Marketing Initiative for StarKist® in 10 years --*

PITTSBURGH, PA – February 3, 2010 – Pucker Up – it's time to get… 'Kist! While February has long been synonymous with the romantic Valentine's Day kiss, this month StarKist® will celebrate with its own special sentiment – the "fish-kiss." In its biggest marketing push in 10 years, StarKist announced the launch of its Have You Been StarKist?™ campaign. Representing a play on words, and bridging the connection between the "fish-kiss" and seafood, the Have You Been StarKist? campaign aims to revitalize the brand and engage today's consumers with new, innovative ways to enjoy the best that seafood has to offer. As the tagline states, "You can always tell when people have been 'Kist by StarKist…they can't help but to wear the expressions on their faces." Charlie® the Tuna, StarKist's beloved icon, drives home the messaging by offering a smooch at the close of each television commercial.

"With the Have You Been StarKist? campaign, we want to put a smile back on consumers' faces with the uplifting messages as well as the fun, positive tone of the creative," said Joe Tuza, Senior Vice President, Marketing and Research & Development at StarKist Co. "The campaign educates consumers about the many healthy, delicious and contemporary ways to incorporate tuna into their everyday active lifestyles – from new packaging innovations to the introduction of new flavors and ingredients – StarKist products can easily be a part of any consumer's weekly menu. The 'fish-kiss' is a clever and fun representation of the StarKist brand. And it's something that we're uniquely positioned to own moving forward."

**'Kist and Tell: Campaign Elements**
The Have You Been StarKist? campaign, debuting on television in February, will be supported by :15 and :30 second television spots featuring a cross-section of real people demonstrating their best "fish-kiss," and will run on national broadcast syndicates, such as "The Martha Stewart Show," "Rachael Ray Show" and ABC's "The View." Digital media will include static and expandable banner ads on various media network websites, such as the iVillage.com, FoodNetwork.com, and the online component of Better Homes and Gardens.

Print creative ran in February issues of national magazines, including Better Homes & Gardens and Good Housekeeping. Future efforts will include campaign integration into other platforms, such as sales promotions, social media, public relations and in-store.

The Have you been StarKist? campaign was developed by MMB Advertising (Boston, MA). It will also be supported by Horizon Media (New York, NY) for media planning and buying, Source Marketing (Norwalk, CT) for brand activation, consumer promotion and retail support, as well as by Coburn Communication (New York, NY) for high-impact, broad-reaching and viral publicity.

**Get 'Kist for Heart Health**
It only takes one taste to get 'Kist by StarKist, but tuna's good-for-you nutrients are sure to keep you coming back for more. Tuna is an excellent source of protein and much lower in fat, saturated fat and cholesterol than many other protein choices. Tuna also has essential vitamins and minerals, such as Niacin, Vitamin B12 and Selenium. The Omega-3 fatty acids that are found in tuna are an important in reducing the risk of heart disease. The American Heart Association recommends that Americans eat two servings of fatty fish, like tuna, each

week. Many studies have found that people who eat fish two or more times a week have lower rates of heart disease.

To get 'Kist with delicious meal solutions, and to learn more about StarKist, please visit StarKist.

**About StarKist Co.**
StarKist Co. is a leading producer, distributor and marketer of shelf-stable and frozen seafood products in the United States. A category leader in innovation, StarKist was the first brand to introduce the StarKist Flavor Fresh Pouch®; StarKist Tuna Creations®, a line of lightly marinated tuna; and, a dolphin-safe policy. As America's favorite tuna, StarKist represents a 65-year tradition of quality, innovation and consumer trust and is well known for its charismatic brand icon, Charlie® the Tuna, who swam into the hearts of tuna fans in 1961 and is still a fan favorite today. For more information on the Company, visit StarKist. StarKist Co. is a wholly owned subsidiary of the Dongwon Group.

**MEDIA CONTACT:**
Lauren Bobrowich, Coburn Communication, 212.536.9838,
Lauren.Bobrowich@coburnww.com

 4     9 Comments

Share



StarKist

All Notes

Embed Post

 **StarKist** ✓ Hi Tim -
Our television media purchases are dictated by our marketing plan and are chosen based on time of day, such as early morning (6:00 - 10:00 a.m.) or primetime (8:00 to 11:00 p.m.); channel (ABC, Lifetime, ESPN, etc.) and audience demographics.

We do not dictate what program is on when our commercial airs. But we do frequently evaluate our media purchases to ensure that the programs we choose match our brand's target demographics and overall advertising plan. In doing so, we have chosen to not air our commercial during Glenn Beck's program going forward given a number of alternatives that meet our advertising plan's criteria.

Thanks again for your inquiry.

10y

 **Charles Jones** Therefore me and my family and all our friends will NOT purchase your products any longer! www.us-aaa.com

10y

 **Jane Bozarth** Thanks so much for your decision not to support Glenn Beck, whatever the reason.

10y

 **Liz Griggs** Wow I thought you were an American company. I guess you are just another poser. Glenn Beck is a great American whom beleives in capitalism. You dropping your ads from his show tells me and America a lot. Sorry Charlie. Hello Bumble Bee!!!!!!!!!!!

10y

 **Donna Vance** Well then, Bumble Bee it is!

10y

 **Diana Vandemark** I will also boycott starkist.....what a shame!

10y

 **Cindy Brooks** I came here to look for a coupon to buy more Sunkist tuna pouchs, love them. Mr. Beck is one of a handful of Americans standing up for the Constitution and the rights and responsibilities it grants us. I am done with Starkist unless they realize the majority of Amerians are disgusted with the direction our government and Congress are taking us. If the anti-Glenn Beck crowd is the demographic you're targeting you are sorely out of step with ordinary Americans who are the backbone of this great country. I'll be sharing your stance with my blog readers and every other social media I employ. Bye, bye Starkist...it's a shame.

10y

 **Kristi Henderson Williamson** My kids love "the pouch". I buy them by the case! Please send more coupons!!!!!!!!!

8y

 StarKist

All Notes

Embed Post

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   +

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace   Facebook Pay   Groups   Oculus   Portal   Instagram   Local   Fundraisers   Services   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2020