# EXHIBIT E

<a id="h" />
<s id="h" />

