# EXHIBIT F

facebook  Sign Up

Email or Phone
Password
Log In
Forgot account?

**Watch**   Home   Shows   Live

Search videos



**StarKist**
January 10, 2018

Our Tuna Creations BOLD Rice & Beans in Hot Sauce pouches are packed with heat and ready to eat! Oh, and did we mention they're soy-free, wild caught and dolphin safe? #StarKistTunaCreations #SoyFree #WildCaught #StarKistGoesBold #GoBoldorGoHome #TearEatGo

👍❤️😮 19                                    9 Comments  2 Shares  1.5K Views

↪ Share

Most Relevant ▾

**Bear MacBearbear** This tasted better the second time around. It needed to mellow.
2y

**Troy Carmichael** Please do brown rice
2y

View 3 more comments

### Related Videos


**It's Sandwich Month, #TeamCharlie!**  0:12


**Happy Sandwich Month, #TeamCharlie!**  0:11


**Creations Microwavables Tomato Basil**  0:10

StarKist
5.3K views · August 14

StarKist
24K views · August 6

StarKist
48K views · July 17



Wish you were here, #TeamCharlie!
StarKist
32K views · July 17



NEW StarKist Creations Microwavables
StarKist
53K views · July 17



#EverythingIsCake
StarKist
104K views · July 17



Salads with StarKist E.V.O.O.
StarKist
10K views · July 16



Happy National Picnic Month!
StarKist
28K views · July 9



#TearAndPair with StarKist E.V.O.O.
StarKist
9.7K views · June 26

### Related Pages                                       See All



**Nabisco Cookies**
1,111,015 Followers · Food & Beverage Company



**Ocean Spray**
1,627,364 Followers · Product/Service

**Wheat Thins**
524,584 Followers · Food & Beverage Company



**Bumble Bee Seafoods**
103,640 Followers · Organization

Pages ▸ Businesses ▸ Food & Beverage ▸ StarKist ▸ Videos ▸ Our Tuna Creations BOLD Rice & Beans in Hot Sauce pouches are...