# EXHIBIT G

facebook  **Sign Up**

Email or Phone

Password

**Log In**

Forgot account?

**StarKist** ✔
May 14, 2019 ·

StarKist is proud of our dolphin-safe policy that was adopted in April 1990. We will not purchase any tuna caught in association with dolphins, and we condemn fishing methods that are known to be dangerous to them.

Learn more ➡ https://starkist.com/faq .



**StarKist**
Food & Beverage

🖅 **Send Message**

👍❤😮 34                            5 Comments  1 Share

↱ Share

Most Relevant ▾

**Trudy Powell Nettnin** Nice work!
1y

Most Relevant is selected, so some comments may have been filtered out.

### Related Pages

**Nabisco Cookies** ✔
Food & Beverage Company

**Ocean Spray** ✔
Product/Service

**Wheat Thins** ✔
Food & Beverage Company

**Bumble Bee Seafoods**
Organization

**Chicken of the Sea**
Food & Beverage

**Mott's** ✔
Organization

**Rayovac**
Electronics

**Incredible Egg** ✔
Food & Beverage

**P!nk** ✔
Musician/Band

**Fruit of the Loom** ✔
Clothing (Brand)

**Barilla** ✔
Grocery Store

**Ronzoni** ✔
Food & Beverage Company

### Pages Liked by This Page          ›

**The Cinnamon Mom**

Cooking with a Wallflower

**See more of StarKist on Facebook**

**Log In**       or       **Create New Account**



Nyssa's Kitchen



Recent Post by Page

**StarKist**
Today at 6:11 AM 🌐

↗ We're stoked that Parents has awarded StarKist E.V.O.O. Wild Yellowf... See More

👍❤ 6                                    2 Shares

↗ Share

**StarKist**
August 14 at 8:44 AM 🌐

◉ StarKist Creations Chicken Salad pouch makes it easy to prepare your... See More

👍❤ 70                                   4 Shares

↗ Share

**StarKist**
August 13 at 12:59 PM 🌐

▦ We're serving up these 5-ingredient Salmon Cakes with Ginger-Scallio...
See More

👍❤😮 519          7 Comments  25 Shares

↗ Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch                                              +

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2020

**See more of StarKist on Facebook**

**Log In**            or            **Create New Account**