# EXHIBIT H



Tweet

**StarKist** ✓
@StarKistCharlie

Our Tuna Creations BOLD Rice & Beans in Hot Sauce pouches are packed with heat and ready to eat! Oh, and did we mention they're soy-free, wild caught and dolphin safe? #StarKistTunaCreations #SoyFree #WildCaught #StarKistGoesBold #GoBoldorGoHome #TearEatGo



64 views    0:07 / 0:13

10:00 AM · Jan 10, 2018 · Percolate

1 Like



- Explore
- Settings

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**StarKist** ✓
@StarKistCharlie
America's fav. tuna brand. commercial & movie star. #SorryCharlie memes. tuna, chicken & salmon. #TeamCharlie

**What's happening**

Democratic National Convention
Democratic National Convention: Michigan Gov. Gretchen Whitmer delivers her address
Trending with: Eva Longoria

**#ATT5G**
Everyone gets a deal on a Samsung phone with AT&T Nationwide
Promoted by AT&T

Trending in United States
**Ted Nugent**
1,711 Tweets

MLB · 2 hours ago
**Cardinals at Cubs**
Trending with: Brad Miller

K-pop · Trending
**changkyun**
14K Tweets

Show more

Terms   Privacy policy   Cookies
© 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in