# EXHIBIT 1





UPI ARCHIVES        APRIL 12, 1990

# StarKist adopts dolphin-safe policy for its tuna

By  JANET BASS

 (0)

WASHINGTON -- StarKist Seafood Co., the world's largest tuna canner, said Thursday it will not purchase any tuna captured in nets along with dolphins nor will it buy any fish caught with gill or drift nets.

StarKist, owned by H.J. Heinz Co., will become the first major tuna company to sell only 'dolphin-safe' tuna for human and cat consumption.

ADVERTISEMENT

At a news conference, Heinz Chairman Anthony J.F. O'Reilly said the decision will cost consumers 'a couple of cents' extra on each can of tuna.

Dolphins in the Eastern Tropical Pacific Ocean, a coastal zone from Chile to Southern California, customarily swim above schools of yellowfin tuna for reasons biologists cannot fully explain. When nets are spread out to catch tuna, dolphin often are caught as well, killing or maiming them.

'The StarKist policy will save dolphin lives. Nothing short of dolphin-safe tuna will be acceptable to StarKist and the public,' O'Reilly said.

StarKist said it will only buy tuna that was not caught in association with dolphins. It will only buy tuna that has been certified as dolphin-safe by an observer on a tuna boat. Currently, there are observers on every tuna boat in the U.S. fleet and on 30 percent of the foreign fleet.

Also, StarKist will continue its practice of refusing to buy any fish caught with gill or drift nets, known to be dangerous to marine life. They are sometimes 40 miles in length. However, it will buy fish caught with purse seine netting.

ADVERTISEMENT

And, within three months, cans of StarKist tuna sold in the United States will carry 'dolphin-safe' labels with the message, 'No harm to dolphins.' O'Reilly said the company plans an advertising campaign to promote the company's action.

Environmentalists applauded the decision, with Greenpeace saying StarKist's leadership can help the rest of the tuna industry end its role in marine mammal killings.

Starkist's decision was also hailed by Bumble Bee Seafoods Inc., the nation's No. 3 tuna canner, which said it intends to phase out use of all tuna captured in association with dolphins in the next three to six months.

Bumble Bee tuna cans also will begin to carry 'dolphin-safe' labels within three months.

However, Dan Sullivan, president of the San Diego-based canner, said his company would not immediately discontinue buying such tuna because 'not everyone in the world is as concerned about this issue as we are in America. If we just shut these suppliers off, we may just drive them to other markets in Europe. We want to work with them to divert them from unsafe techniques.'

Sen. Joseph Biden, D-Del., who has co-sponsored a bill that generally legislates StarKist's voluntary action, called StarKist's decision 'one hell of a sound business judgment.'

David Burney, executive director of the U.S. Tuna Foundation, said StarKist's decision was motivated by consumer outrage over dolphin deaths.

'They had tremendous pressure placed on them both in the marketplace ... and as a target of boycott efforts and that pressure extended up to the shareholders of the company,' Burney said.

ADVERTISEMENT

He said his group, which represents the tuna industry, opposes the legislation by Rep. Barbara Boxer, D-Calif., requiring labels on tuna cans indicating if the fish was caught with methods known to kill dolphins.

'Every company has the right to label their products the way they deem appropriate. We don't think it's the role of the federal government to mandate this labeling,' Burney said.

An official of the American Tunaboat Association, based in San Diego, said he fears other tuna canners will follow StarKist's lead.

'There's no other tuna fleet that will be more severely damaged or even destroyed than the (U.S.) fleet,' said August Felando, the association's president representing the 65vessels in the U.S. fleet. 'There are limited options for this fleet.'

He said dolphins swim with the larger, mature tuna -- the kind canners want.

'If canners say we have to catch juveniles, then tuna scientists will say we're hurting tuna conservation,' Felando said. 'We have an excellent record -- 59 percent of our encirclements result in zero mortality.'

Jerry Moss, chairman of A&M Records Co., has been active in save-the-dolphin issues and is credited with being one of the catalysts for O'Reilly's decision.

'I was able to meet with him early in December and we discussed it on non-aggressive terms,' Moss said. 'We had a really good lunch and it worked.'

Yellowfin tuna becomes light meat tuna fish. StarKist's currently is the only big tuna company to refuse to buy white meat albacore tuna caught by gill or drift nets.

ADVERTISEMENT

(0) Leave a comment

## Sponsored





### The Real Reason They're

Stansberry Research

### Bluetooth Hearing Aids May Be the

Hearing Aids | Spo...



### 4 Worst Blood Pressure Drugs

Simple Blood Press...



### Electrician Reveals: 1 Simple Trick to

Power4Patriots Club



### The Guest That Johnny Carson

Past Factory



### 12x Better Than Solar Panels?

Power4Patriots Club



Read more

# Latest Headlines



*U.S. News // 28 minutes ago*
**57 charged with PPP fraud, says Justice Department**



*U.S. News // 1 hour ago*
**UPI News Quiz: a new 'Dune,' plentiful pumpkins, a tennis tantrum**



*Health News // 1 hour ago*
**Leg fat linked to lower risk for high blood pressure**



*Science News* // 1 hour ago

**Northrop's 'life extension' spacecraft heads to the rescue**



*Health News* // 2 hours ago

**Some people more likely to binge eat during pandemic, study says**



*U.S. News* // 3 hours ago

**Four Houston police officers fired over fatal shooting in April**



*U.S. News* // 4 hours ago

**Wisconsin Supreme Court orders hold on distribution of absentee ballots**



*World News* // 5 hours ago

### Seven dead in protests over man killed by police in Colombia



*U.S. News* // 7 hours ago

### Court: Census must count undocumented immigrants for apportionment



*U.S. News* // 8 hours ago

### August Complex Fire becomes largest wildfire in California history

## Trending Stories

Authorities investigating loose tiger sightings in Tennessee 

Watch: Woman eats 10 jelly doughnuts in 3 minutes for Guinness record 

Escaped king cobra visits Netherlands gym 

Religious leader who said COVID-19 was gay 'punishment' tests positive 

August Complex Fire becomes largest wildfire in California history 

## Follow Us

    

## Sign up for our daily newsletter

Email Address

Subscribe

Privacy policy

## Photo Gallery



The Reagan assassination attempt



 

**BACK TO TOP**

**About UPI**
**Contact**
**Feedback**
**Advertisements**
**Submit News Tips**

Copyright © 2020 United Press International, Inc. All Rights Reserved.

Terms of Use | Privacy Policy