EXHIBIT D



# Dolphin Safe National Survey

**Key findings from a national survey of 1,000 adults, including 450 cell phone interviews conducted
September 12-17, 2016.**

# Glen Bolger



**Project #16726**

# Tuna

# Nearly one-third of Americans look for the dolphin safe label, while another third do not.

*Top Groups Yes (31%)*

| | |
|---|---|
| New England | 50% |
| Ind Women | 41% |
| White Dem | 40% |
| Mod/Conservative Dem | 40% |
| Women 50+ | 39% |
| White Women | 38% |
| Soft/Lean Dem | 38% |
| Dem Women | 38% |
| $20-$40K | 38% |
| Pacific Region | 38% |
| Women Without A College Degree | 37% |
| Women <$60K | 37% |
| West Region | 37% |
| Women | 36% |
| Total Dem | 36% |
| Age 35-44 | 35% |
| Age 45-54 | 35% |
| Gen X | 35% |
| Women With A Degree | 35% |
| Men $60K+ | 35% |
| Mountain Region | 35% |

*"And, do you look for a dolphin safe label when you buy canned tuna?"^*



**31%** Yes



**32%** No

*^N=Only 636 of 1000 responded*

# One-quarter of adults say they specifically inspect canned tuna for the dolphin safe label before purchasing.

*"And, do you specifically stop to inspect canned tuna for a dolphin safe label before adding it to your shopping cart?"^*

***Top Groups Yes (25%)***

| | |
|---|---|
| **New England** | **45%** |
| **White Dem** | **34%** |
| **Dem Women** | **34%** |
| **Mod/Conservative Dem** | **33%** |
| **$20-40K** | **32%** |
| **Women 50+** | **32%** |
| **Total Dem** | **31%** |
| **Soft/Lean Dem** | **31%** |
| **Base Dem** | **31%** |
| **Pacific Region** | **30%** |
| **Liberal Dem** | **29%** |
| **Age 45-54** | **29%** |
| **Baby Boomers** | **29%** |
| **Total Liberal** | **29%** |
| **Post-Graduate** | **29%** |
| **Women With A College Degree** | **29%** |
| **Men $60K+** | **29%** |

**25%**  *Yes*

**6%**  *No*

^N=Only 311 responded

# Dolphin Safe

# A majority of adults believe that the "dolphin safe" label means no dolphins were injured or killed.

*"What do you think the term 'dolphin safe' means when it appears on a can of tuna? Do you think it means..."*

| March 2003 | Oct 2010 | Sept 2016 | |
|---|---|---|---|
| **23%** | **22%** | **22%** | *There is guaranteed to be no dolphin meat in the can.* |
| **15%** | **12%** | **14%** | *Dolphins were not encircled and then released in the capture of the tuna.* |
| **44%** | **48%** | **52%** | *No dolphins were injured or killed in the course of capturing tuna.* |

# The dominating belief across gender/age groups is that "dolphin safe" tuna means no dolphins were killed/injured.



*Dolphin Safe on Can by Gender/Age + Seniors*



# Men without a college degree are the most likely to be uncertain of what the "dolphin safe" label means.

*Dolphin Safe on Can by Gender/Education*



# Almost two-thirds of adults think the definition of "dolphin safe" _should be_ that no dolphins were injured/killed.

*"Thinking more about this...what do you think the definition of 'dolphin safe' should be? Is it..."*

| March 2003 | Oct 2010 | Sept 2016 | |
|---|---|---|---|
| **25%** | **22%** | **21%** | **There is guaranteed to be no dolphin meat in the can.** |
| **13%** | **10%** | **12%** | **Dolphins were not encircled and then released in the capture of the tuna.** |
| **53%** | **59%** | **63%** | **No dolphins were injured or killed in the course of capturing tuna.** |

# A majority of adults believe that "dolphin safe" should mean no dolphins were injured or killed across party lines.

*Dolphin Safe Definition by Party*



# Seniors are the most likely to believe that "dolphin safe" should mean that dolphins were not encircled.



*Dolphin Safe Definition by Gender/Age + Seniors*

Men 18-49 (28%): No Dolphin Meat 22%, Dolphins Were Not Encircled 14%, No Dolphins Were Injured/Killed 59%

Men 50+ (20%): No Dolphin Meat 20%, Dolphins Were Not Encircled 15%, No Dolphins Were Injured/Killed 56%

Women 18-49 (26%): No Dolphin Meat 19%, Dolphins Were Not Encircled 11%, No Dolphins Were Injured/Killed 67%

Women 50+ (26%): No Dolphin Meat 22%, Dolphins Were Not Encircled 7%, No Dolphins Were Injured/Killed 66%

Age 65+ (17%): No Dolphin Meat 27%, Dolphins Were Not Encircled 12%, No Dolphins Were Injured/Killed 54%

Legend: ■ No Dolphin Meat  ■ Dolphins Were Not Encircled  ■ No Dolphins Were Injured/Killed

# Two-thirds of adults say that if dolphins are accidentally killed, then the tuna is not "dolphin safe."

*Top Groups No (67%)*

*"If dolphins are killed accidentally while the tuna are being caught, by either nets or hooks, would you consider that tuna to be 'dolphin safe'?"*

**28%** | *Yes*

**67%** | *No*

| | |
|---|---|
| Age 18-24 | 77% |
| Liberal Dem | 76% |
| Women With A College Degree | 76% |
| Hispanic | 75% |
| Ind Women | 75% |
| Dem Women | 75% |
| Total Liberal | 75% |
| Women 18-49 | 74% |
| White Dem | 74% |
| Millennial | 73% |
| College Graduate | 73% |
| Women <$60K | 73% |
| Age 25-34 | 72% |
| Total Dem | 72% |
| Soft/Lean Dem | 72% |
| Base Dem | 72% |
| $20-40K | 72% |
| Pacific Region | 72% |
| Gen X | 71% |
| Men $60K+ | 71% |

# Adults overwhelmingly prefer "ocean safe" tuna.

*"As you may know, all commercial tuna fishing techniques lead to dolphin deaths. Even fishing for tuna that carries the "dolphin safe" label results in dolphin deaths. With that in mind, which would you rather your grocery store carry on its shelves?"*

**9%**

*"Dolphin safe" tuna that results in over ninety thousand deaths and hundreds of thousands of shark, ray, and turtle deaths.*

**79%**

*"Ocean safe" tuna that results in fewer than one thousand dolphin deaths, with very few shark and ray mortalities, one hundred percent turtle protection, and is better for tuna stocks.*

# Almost three-quarters of adults say they would feel deceived if they discovered that a dolphin had been injured while capturing tuna.

*"If you ate a tuna product with the dolphin-safe label and later discovered that a dolphin had been killed or injured when the tuna was caught, would you feel deceived by the label?"*

| | |
|---|---|
| **Total Yes:** | **71%** |
| **Total No:** | **26%*** |



**Refused 2%***

**Don't Know 2%**

**Strongly No 11%**

**Somewhat No 14%**

**Strongly Yes 50%**

**Somewhat Yes 21%**

*\*Denotes Rounding*

# Base GOPers are the least likely to feel deceived by the label, but even a strong majority of that group feels deceived.



*Label Deception by Party*

+30%    +31%    +47%    +52%    +61%

| Base GOP (16%) | Soft/Lean GOP (17%) | Ind (21%) | Soft/Lean Dem (20%) | Base Dem (24%) |
|---|---|---|---|---|
| 61% / 31% | 64% / 33% | 72% / 25% | 75% / 23% | 80% / 19% |

■ **Total Yes**    ■ **Total No**

# Women without a college degree are the most likely to feel deceived.



*Label Deception by Gender/Education*

# An overwhelming number of adults say it is important to have environmentally-sustainable seafood products.

**"And, which is more important to you..."**

**86%**

*Environmentally-sustainable seafood products, which are those products that ensure the health of the whole ecosystem, including dolphins.*

**9%**

*Current "dolphin safe" seafood products, which are those products that only focus on protecting dolphins, sometimes at the expense of other species?*

# Over half of adults do not know which fishing methods are best for the sustainability of marine life.

*"Which of the following fishing methods do you think works well for the sustainability of tuna and other types of marine life?"*



*Denotes Rounding

**Dolphin National Survey – September 12-17, 2016**                    *18*

# The Bottom Line

# THE BOTTOM LINE

Nearly one-third of Americans look for a dolphin safe label, while about the same number do not. The remainder do not purchase canned tuna. Those who are most likely to look for the label are women, particularly Democratic and Independent women.

Of those who look for it, most say they specifically stop to inspect canned tuna for a dolphin safe label.

A majority of Americans believe that "dolphin safe" <u>means</u> no dolphins were injured or killed in the course of capturing tuna. Women are especially likely to believe that.

Americans also increasingly believe that the definition of "dolphin safe" <u>should be</u> that no dolphins were injured or killed in course of capturing tuna. Strong majorities across partisan lines believe that. Women are more likely to believe that than men.

However, two-thirds of adults say that even if dolphins are killed <u>accidentally</u> when tuna are being caught, then the tuna is not dolphin safe. That attitude is particularly high among younger Americans, Democrats, women, and Hispanics.

Accordingly, adults prefer "ocean safe" tuna positioning to "dolphin safe" tuna language. Americans say they would feel deceived by the label if a dolphin had been killed or injured when the tuna is caught. While base Democrats are the most likely to feel deceived, it is not a partisan issue, as even strong majorities of Republicans would feel that way.

Americans feel strongly about protecting the entire ecosystems, not just dolphins. However, they do not have opinions about which type of fishing method is best for the sustainability of marine life.



# Glen Bolger
## Glen@pos.org

**For more information about this presentation or about Public Opinion Strategies, please give us a call.**

