1   BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
2   PATRICIA N. SYVERSON (CA SBN 203111)
    600 W. Broadway, Suite 900
3   San Diego, California 92101
    psyverson@bffb.com
4   Telephone: (619) 798-4593

5   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
    Elaine A. Ryan (*Pro Hac Vice*)
6   Carrie A. Laliberte (*Pro Hac Vice*)
    2325 E. Camelback Rd., Suite 300
7   Phoenix, AZ 85016
    eryan@bffb.com
8   claliberte@bffb.com
    Telephone:  (602) 274-1100
9
    *Attorneys for Plaintiffs*
10  *Additional Attorneys on Signature Page*

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12

13

14  WARREN GARDNER, et al., on Behalf of        Case No.:   19-cv-02561-WHO
    Themselves and All Others Similarly
15  Situated,                                   **REQUEST FOR JUDICIAL NOTICE IN**
                                                **SUPPORT OF MEMORANDUM OF**
16                                              **POINTS AND AUTHORITIES IN**
                                                **OPPOSITION TO DEFENDANT'S**
17                  Plaintiffs,                 **MOTION TO DENY CLASS**
                                                **CERTIFICATION**
18          v.

19
                                                Date: October 21, 2020
20  STARKIST CO., a Delaware Corporation,       Time: 2:00 p.m.
                                                Place: Courtroom 2, 17th Floor
21                                              Judge: Hon. William H. Orrick

22                  Defendant.

23

24

25

26

27

28
    REQUEST FOR JUDICIAL NOTICE ISO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
    TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request the Court take judicial notice of the following documents attached to the Declaration of Patricia N. Syverson, filed concurrently herewith (collectively, the "Requested Documents"):

**Exhibit D:**   Key findings of the "Dolphin Safe National Survey" conducted by Public Opinion Strategies from September 12-17, 2016, *available at* http://iattc.org/Meetings/Meetings2016/IATTC-90b/AIDCP-34/Docs/_English/MOP-34-INF-A_Dolphin-Safe-National-USA-Survey.pdf.

**Exhibit E:**   Thai Union Group, Sustainability Report 2016, *available at* https://www.thaiunion.com/en/sustainability/report?category=report&page=2

**Exhibit F:**   Thai Union Group, 2018 Sustainability Report, *available at* https://www.thaiunion.com/en/sustainability/report.

A federal court may take judicial notice "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Judicial notice may be taken "at any stage of the proceeding." Fed. R. Evid. 201(d).

Plaintiff cites the Requested Documents to inform the Court about what information is in the public realm in support of its argument that similar information is likely in StarKist's possession, which Plaintiffs requested via discovery but have not yet been provided. *See* Memorandum of Points and Authorities filed concurrently herewith, at Section II.A. Thus, judicial notice is proper. *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (taking judicial notice of various newspapers, magazine, and books as an indication of what information was in the public realm at the time) (citing *Premier Growth Fund v. Alliance Capital Mgmt.*, 435 F.3d 396, 401 n. 15 (3d Cir. 2006)); *Heliotrope Gen. Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.118 (9th Cir. 1999) (taking judicial notice "that the market was aware of the information contained in news articles submitted by the defendants").

1

REQUEST FOR JUDICIAL NOTICE ISO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION

1

2    Dated:  September 25, 2020          BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

3                                          /s/*Patricia N. Syverson*
                                         Patricia N. Syverson (203111)
4                                        600 W. Broadway, Suite 900
                                         San Diego, California 92101
5                                        psyverson@bffb.com
                                         Telephone:  (619) 798-4593
6
                                         BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
7                                        Elaine A. Ryan (*Pro Hac Vice*)
                                         Carrie A. Laliberte (*Pro Hac Vice*)
8                                        2325 E. Camelback Rd., Suite 300
                                         Phoenix, AZ 85016
9                                        eryan@bffb.com
                                         claliberte@bffb.com
10                                       Telephone:  (602) 274-1100

11                                       GOLDMAN SCARLATO & PENNY P.C.
                                         Brian D. Penny (*Pro Hac Vice*)
12                                       penny@lawgsp.com
                                         8 Tower Bridge, Suite 1025
13                                       161 Washington Street
                                         Conshohocken, Pennsylvania 19428
14                                       Telephone:  (484) 342-0700

15                                       ZAREMBA BROWN PLLC
                                         Brian M. Brown (*Pro Hac Vice*)
16                                       bbrown@zarembabrown.com
                                         40 Wall Street, 52nd Floor
17                                       New York, NY 10005
                                         Telephone: (212) 380-6700
18
                                         ROBBINS GELLER RUDMAN & DOWD LLP
19                                       Stuart A. Davidson (*Pro Hac Vice*)
                                         Christopher C. Gold (*Pro Hac Vice*)
20                                       Bradley M. Beall (*Pro Hac Vice*)
                                         Dorothy P. Antullis (*Pro Hac Vice*)
21                                       sdavidson@rgrdlaw.com
                                         cgold@rgrdlaw.com
22                                       bbeall@rgrdlaw.com
                                         dantullis@rgrdlaw.com
23                                       120 East Palmetto Park Road, Suite 500
                                         Boca Raton, FL  33432
24                                       Telephone:  (561) 750-3000

25                                       Attorneys for Plaintiffs

26

27

28                                          2

REQUEST FOR JUDICIAL NOTICE ISO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION

1

2

## CERTIFICATE OF SERVICE

3

4        I hereby certify that on September 25, 2020 I electronically filed the foregoing with the Clerk

5    of the Court using the CM/ECF system which will send notification of such filing to the e-mail

6    addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the

7    foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

     indicated on the Manual Notice list.

8

9        I certify under penalty of perjury under the laws of the United States of America that the

10    foregoing is true and correct.

11        Executed the 25th day of September 2020.

12

13                                 */s/ Patricia N. Syverson*
                                   Patricia N. Syverson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE ISO MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION