# EXHIBIT 8

| Pickup & delivery | Walmart.com |
|---|---|

StarKist tuna    0

Walmart+ is here to help make every day easier.

Learn more

1 - 38 of 38 results

Refine by | Price | Top Brands | Store Availability | Sort by | Best Match

### Applied Filters    Clear All

Canned Tuna ✕    Tuna ✕
Snack Mixes ✕
Walmart.com ✕

### Departments −

Food

     Meal Solutions, Grains & Pasta

     Tuna & Seafood

     Canned Tuna

See all Food

### Delivery & Pickup −

⦿ Show all
○ NextDay delivery
○ 2-day delivery
○ Deliver to home
○ Free pickup today

### Brand −

☐ StarKist

**Best Seller**



(8 Cans) **StarKist** Chunk Light **Tuna** in Water, 5 oz

★★★★½   563

**$6.84**
NextDay eligible
Free pickup today



(8 Pouches) StarKist Chunk Light Tuna in Water, 2.6 oz

★★★★½   190

**$8.78 - $15.84**
NextDay eligible
Free pickup today



StarKist Albacore White Tuna Pouch in

StarKist Chunk Light Tuna in Water, 12 oz

Feedback

**Retailer** —

☑ Walmart.com

See More Retailers …

**Price** —

$ Min  -  $ Max

☐ $0 - $10
☐ $10 - $15
☐ $15 - $20
☐ $20 - $25
☐ $25 - $50
☐ $50 - $75
☐ $75+

**Special Diet Needs** —

☐ 100 Calorie
☐ Gluten Free
☐ Kosher
☐ Low Calorie
☐ Low Fat
☐ Low Sodium

See More Special Diet Needs

**Customer Rating** —

☐ ★★★★☆ & Up
☐ ★★★☆☆ & Up
☐ ★★☆☆☆ & Up

**Container** —

☐ Can
☐ Pouch

---

Water, 6.4 oz Pouch

★★★★☆ 65

$3.12 - $6.24
NextDay eligible
Free pickup today

Can

★★★★☆ 74

$1.82
Pickup Only
Free pickup today



**StarKist Tuna** Creations, Herb and Garlic, 2.6 oz Pouch

★★★★☆ 67

$1.24  (38.1 ¢/oz)
Pickup Only
Free pickup today



(4 Pouches) StarKist Tuna Creations Variety Pack, 2.6 oz (Multiple Flavors)

★★★★☆ 94

$4.44 - $13.32
NextDay eligible



(3 Pack) StarKist Chunk Light Tuna in Sunflower Oil, 6.4 oz Pouch

★★★★☆ 36

$7.29
NextDay eligible



(2 Pack) StarKist Tuna Chunk Light in Vegetable Oil, 12 Ounce Can

★★★★☆ 50

$5.24
NextDay eligible

💬 Feedback

See More Containers

### Type
☑ Tuna

See More Types

### Popular Sizes
☐ 12 fl oz
☐ 5 fl oz
☐ 20 fl oz
☐ 20.8 fl oz

See More Popular Sizes

### Flavor
☐ Unflavored
☐ Variety

### bundle_type
☐ Virtual Pack

### Nutritional Content
☐ 100 Calorie
☐ Gluten-Free
☐ High Protein
☐ Kosher
☐ Low Calorie
☐ Low Sodium

See More Nutritional Contents




StarKist Selects Solid Yellowfin Tuna with Lemon Dill and Extra Virgin Olive...     StarKist Chunk Light **Tuna** in Water, 66.5 oz. Can

★★★★½ 86     ★★★★½ 87

**$1.73**     **$11.97** (18.0 ¢/oz)

Pickup Only     NextDay eligible

Free pickup today     Free pickup today




(6 pack) StarKist Tuna Creations, Hickory Smoked, 2.6 oz Pouch     StarKist Lunch To-Go, Chunk Light Tuna in Water, 4.1 oz Box

★★★★½ 64     ★★★★½ 50

**$11.88 - $22.08**     **$1.64**

NextDay eligible     Pickup Only

Free pickup today



💬 Feedback







StarKist Tuna Creations, Sweet & Spicy, 2.6 oz Pouch

★★★★☆ 58

$1.24
Pickup Only
Free pickup today

StarKist Tuna Creations Bold, Thai Chili Style, 2.6 oz Pouch

★★★★☆ 36

$1.24
Pickup Only
Free pickup today




(4 Cans) StarKist Chunk Light Tuna in Water, 5 oz

★★★★☆ 21

$2.98
Pickup Only
Free pickup today

StarKist Selects Solid Yellowfin Tuna Fillet in Extra Virgin Olive Oil, 4.5 oz…

★★★★☆ 26

$1.73  (36.4 ¢/oz)
Pickup Only
Free pickup today





StarKist Selects Solid Yellowfin Tuna with Roasted Garlic and Extra Virgin…

★★★★☆ 20

$1.73
Pickup Only
Free pickup today

StarKist Tuna Creations, Ranch, 2.6 oz Pouch

★★★★☆ 169

$1.24
Pickup Only
Free pickup today





StarKist Solid White Albacore Tuna in Vegetable Oil, 12 Ounce Can

★★★★⯨ 21

$3.42
Pickup Only
Free pickup today

StarKist Charlie's Snack Kit, Chunk White Tuna in Water, 4.48 oz

★★★★★ 2

$1.58
Pickup Only
Free pickup today





StarKist Chunk Light Tuna in Water, 3 Ounce Cans (Pack of 3)

★★★★⯨ 7

$3.37
Pickup Only
Free pickup today

StarKist Solid White Albacore Tuna in Vegetable Oil, 5 oz Can

★★★★☆ 11

$1.58
Pickup Only
Free pickup today


Feedback








StarKist Chunk White Albacore Tuna in Water, 12 Ounce Can

★★★★☆ 10

**$3.20**
Pickup Only
Free pickup today

StarKist Reduced Sodium Chunk Light Tuna in Water, 2.6 oz Pouch

★★★★½ 24

**$1.24**
Pickup Only
Free pickup today




StarKist Selects Solid White Albacore Tuna in Water, 4.5 Ounce Can

★★★★½ 10

**$1.82**
Pickup Only
Free pickup today

StarKist Chunk Light Tuna in Vegetable Oil, 5 Ounce Can

★★★★½ 13

**$0.76**
Pickup Only
Free pickup today




StarKist Charlie's Snack Kit, Chunk Light Tuna in Water, 4.48 Ounce

★★☆☆☆ 3

**$1.58**
Pickup Only

StarKist Chunk Light Tuna in Water, 11 Ounce Pouch

★★★★★ 2

In-store purchase only

Feedback

Pickup Only
Free pickup today





STARKIST Gourmet Selects Snack Kit Thai Style Tuna, 3.28 oz, 12 Count

★★★★★

In-store purchase only

StarKist Selects Chunk Light Tuna in Water, 4.5 Ounce Can

★★★★★ 1

$1.33 - $4.92
Out of stock
2-day delivery





StarKist Selects Low Sodium Chunk Light Tuna in Water, 4.5 Ounce Can

★★★★★ 1

$3.93
Out of stock

StarKist Solid White Albacore Tuna in Water, 3 Ounce Cans (Pack of 3)

★★★★½ 6

$3.72 - $7.44
Out of stock







StarKist Chunk Light Tuna in Water, 6.4 oz Pouch

★★★★★  12

In-store purchase only



StarKist Ready-to-Eat Tuna Salad Kit, Sweet and Spicy, 3.28 Ounce Box

★★★★★  7

$1.16

Out of stock



StarKist Ready-to-Eat Tuna Salad with Albacore, 3 oz Pouch

★★★★★  8

$1.64

Out of stock



StarKist Selects Solid Light Yellowfin Tuna in Water, 4.5 Ounce Can

★★★★★  5

$1.28

Out of stock

Related Searches

| | |
|---|---|
| starkist tuna creation | starkist tuna in water |
| starkist tuna in oil | spam |
| starkist tuna pouch | starkist chicken creation |
| tuna | bumble bee tuna |

1

Enter email for weekly newsletter.    Sign up

       Mobile apps

Walmart Services

Grocery Pickup & Delivery

Get to Know Us

Store Directory

Privacy & Security

CA Privacy Rights

Do Not Sell My Personal Information

Request My Personal Information

Customer Service

Terms of Use

Shop Our Brands

  

  

© 2020 Walmart. All Rights Reserved.
To ensure we are able to help you as best we can, please include your reference number: XITPH4MATL

Feedback