1  ROBBINS GELLER RUDMAN & DOWD LLP
   STUART A. DAVIDSON (*Pro Hac Vice*)
2  CHRISTOPHER C. GOLD (*Pro Hac Vice*)
   DOROTHY P. ANTULLIS (*Pro Hac Vice*)
3  BRADLEY M. BEALL (*Pro Hac Vice*)
   120 East Palmetto Park Road, Suite 500
4  Boca Raton, FL  33432
   Telephone:  561/750-3000
5  561/750-3364 (fax)
   sdavidson@rgrdlaw.com
6  cgold@rgrdlaw.com
   dantullis@rgrdlaw.com
7  bbeall@rgrdlaw.com

8  Attorneys for Plaintiffs

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | WARREN GARDNER, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-02561-WHO |
|---|---|
| Plaintiffs, | CLASS ACTION |
| vs. | **DECLARATION OF STUART A. DAVIDSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER ROGATORY** |
| STARKIST CO., a Delaware company, | |
| Defendant. | Date: January 6, 2021
Time: 2:00 p.m.
Judge: Hon. William H. Orrick Jr.
Location: Courtroom 2, 17th floor |

DECL. DAVIDSON ISO PLTFS' MOT. ISSUANCE LETTER ROGATORY - 3:19-cv-02561-WHO

I, STUART A. DAVIDSON, declare and state as follows:

1. I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, one of the counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the State Bars of Florida and Minnesota and am admitted to practice *pro hac vice* before this Court in this action. I make this declaration in support of Plaintiffs' Motion for Issuance of Letter Rogatory. I am familiar with the files and records in this action and of the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts.

2. The requested letter rogatory seeks documents from a foreign company, Dongwon Industries Co. Ltd ("Dongwon"). Dongwon is a company incorporated and headquartered in the Republic of Korea.

3. Attached hereto as **Exhibit A** is a true and correct copy of StarKist Co.'s Responses and Objections to Plaintiffs' Revised First Set of Requests for Admission.

4. Attached hereto as **Exhibit B** is a true and correct copy of StarKist Co.'s Responses and Objections to Plaintiffs' Revised First Set of Requests for Production of Documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of November 2020, at Boca Raton, Florida.

>    */s/ Stuart A. Davidson*
>    Stuart A. Davidson