UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GARDNER, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STARKIST CO., a Delaware company,<br><br>　　　　　Defendant. | Case No. 3:19-cv-02561-WHO<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTER ROGATORY** |

Having considered Plaintiffs' Motion for Issuance of Letter Rogatory ("Motion") (D.E. __), and for good cause shown, the Court GRANTS the Motion. The Court will enter a separate Order issuing the letter rogatory at issue.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. William H. Orrick Jr.
United States District Judge