# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** February 16, 2021 | **Time:** 2 minutes 1:54 p.m. to 1:56 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-02561-WHO | **Case Name:** Gardner v. Starkist Co. | |

**Attorneys for Plaintiff:** Stuart Davidson and Patti Syverson
**Attorney for Defendant:** Roxane Polidora and Lee Brand

**Deputy Clerk:** Jean Davis          **Court Reporter:** Marla Knox

## PROCEEDINGS

Case Management Conference conducted via videoconference. Deadline extensions proposed in the case management statement are appropriate and are adopted.

| | |
|---|---|
| Motion for Class Certification: | December 1, 2021 |
| Opposition: | February 22, 2022 |
| Reply: | May 6, 2022 |
| Hearing: | June 15, 2022 |

**Further Case Management Conferences set for June 1, 2021 and November 16, 2021, both at 2:00 p.m.**