BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
PATRICIA N. SYVERSON (CA SBN 203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

*Attorneys for Plaintiffs*

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA
LEE BRAND
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
roxane.polidora@pillsburylaw.com
lee.brand@pillsburylaw.com
Telephone: 415/983-1976

*Attorneys for Defendant StarKist Co.*
*Additional Attorneys on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GARDNER, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARKIST CO., a Delaware Corporation, and DONGWON INDUSTRIES CO. LTD., a South Korea corporation,<br><br>Defendants. | Case No.: 19-cv-02561-WHO<br><br>**JOINT STATUS REPORT**<br><br>Date: June 1, 2021<br>Time: 2:00 p.m.<br>Place: Ctrm. 2, 17th Floor<br>SAC filed: December 23, 2019<br><br>Hon. William H. Orrick |

JOINT STATUS REPORT - CASE NO. 19-cv-02561-WHO

**JOINT STATUS REPORT**

Plaintiffs Warren Gardner, Lori Myers, Angela Cosgrove, Autumn Hessong, Robert McQuade, Colleen McQuade, James Borruso, Fidel Jamelo, Jocelyn Jamelo, Anthony Luciano, Lori Luciano, Robert Nugent, Avraham Isac Zelig, Ken Petrovcik, Megan Kiihne, Kathleen Miller, Tara Trojano, Jason Petrin, Amy Taylor, Heather Meyers, and Rachel Pedraza (collectively, "Plaintiffs") and Defendant StarKist Co. ("StarKist" and collectively with Plaintiffs, the "Parties"), hereby submit this Joint Status Report.

The Parties are actively engaged in discovery. Plaintiffs have propounded interrogatories, requests for admission, and requests for production on StarKist. StarKist has responded to most of Plaintiffs' written discovery and on April 12, 2021 and May 17, 2021, StarKist produced documents in response to Plaintiffs' requests. Plaintiffs are currently in the process of reviewing those documents. Plaintiffs served a Notice of Rule 30(b)(6) Deposition of StarKist Co. on April 16, 2021. After conferring on the initial agreed-upon topics, the Parties have agreed that the first corporate representative will be deposed on June 2, 2021. Plaintiffs intend to take the depositions of StarKist's percipient witness(es) which will be identified as discovery proceeds. Plaintiffs have also issued numerous third-party subpoenas to various entities for the production of documents.

StarKist propounded written discovery requests to Plaintiffs on May 7, 2021, which Plaintiffs are currently responding to. StarKist also intends to take the depositions of the 21 named plaintiffs and of any other fact witnesses who may be revealed in the course of discovery.

The Parties continue to be open to exploring private, non-binding mediation or settlement discussions by October 29, 2021, before the Court rules on a motion for class certification. Currently, the Parties are working to identify an agreed-upon private mediator.

Based on the current status of the case and that the Parties do not believe there are any issues that require the Court's attention at this time, the Parties request that the Case Management Conference currently scheduled in this matter for June 1, 2021 at 2:00 p.m. be vacated.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2021 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |

Dated: May 21, 2021  BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

GOLDMAN SCARLATO & PENNY P.C.
Brian D. Penny (*Pro Hac Vice*)
penny@lawgsp.com
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700

ZAREMBA BROWN PLLC
Brian M. Brown (*Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (*Pro Hac Vice*)
Christopher C. Gold (*Pro Hac Vice*)
Bradley M. Beall (*Pro Hac Vice*)
Dorothy P. Antullis (*Pro Hac Vice*)
Ricardo J. Marenco (*Pro Hac Vice*)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
bbeall@rgrdlaw.com
dantullis@rgrdlaw.com
rmarenco@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000

Attorneys for Plaintiffs

Dated: May 21, 2021  PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/*Roxane A. Polidora*
Roxane A. Polidora
Lee Brand

Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:  415/983-1976
415/983-1200 (fax)
roxane.polidora@pillsburylaw.com
lee.brand@pillsburylaw.com

*Attorneys for Defendant StarKist Co.*

## LOCAL RULE 5-1(i)(3) ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this Joint Status Report, and have authorized the filing of this Joint Status Report.

Dated:  May 21, 2021                              By: *s/Patricia N. Syverson*
                                                              Patricia N. Syverson

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2021.

*/s/ Patricia N. Syverson*
Patricia N. Syverson