PILLSBURY WINTHROP SHAW PITTMAN LLP
ROXANE A. POLIDORA (CA Bar No. 135972)
roxane.polidora@pillsburylaw.com
LEE BRAND (CA Bar No. 287110)
lee.brand@pillsburylaw.com
REBECCA A. FRIEDEMANN (CA Bar No. 323909)
rebecca.friedemann@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200

Attorneys for Defendant
STARKIST CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN GARDNER, et al., on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARKIST CO., a Delaware Corporation,<br><br>Defendant. | Case No. 3:19-cv-02561-WHO<br><br>**NOTICE OF APPEARANCE OF REBECCA A. FRIEDEMANN ON BEHALF OF STARKIST CO.** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rebecca A Friedemann of Pillsbury Winthrop Shaw Pittman LLP is hereby appearing as counsel of record on behalf of Defendant STARKIST CO. in the above-captioned matter and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at her email address and street address listed in the below signature block.

Dated: August 16, 2021

PILLSBURY WINTHROP SHAW PITTMAN LLP
REBECCA A. FRIEDEMANN (CA Bar No. 323909)
rebecca.friedemann@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998

By: _____ */s/ Rebecca A. Friedemann*_____
         Rebecca A. Friedemann